IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DONNA JOHNSON, et al., | ) | |
| | ) | |
| Plaintiff(s), | ) | 8:05cv145 |
| | ) | |
| v. | ) | |
| | ) | |
| KDI OMAHA, et al., | ) | |
| | ) | ORDER |
| Defendant(s), | ) | |

IT HEREBY IS ORDERED:

Counsel and unrepresented parties shall meet and confer in accordance with Fed. R. Civ. P. 26(f) and, by May 26, 2005, file their Report of Parties' Planning Conference.

DATED May 9, 2005.

/s/ David L. Piester
United States Magistrate Judge